LAW OFFICE OF CURTIS O BARNES
Robert T Barnes, Esq. (SBN 228442)
390 West Cerritos Avenue
Anaheim, CA 92805
Telephone: 866-477-8222
Fax: 866-477-8227

Attorneys for Curtis O. Barnes P.C. and Vijay Desai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBANGSHU DUTTA and RUBI DUTTA ) | NO: C-O6-3393 |
| Plaintiffs ) | |
| v. ) | REQUEST FOR TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE |
| CURTIS O. BARNES, A PROFESSIONAL CORPORATION; and VIJAY DESAI, an individual; and DOES 1 through 10 inclusive, ) | Time: 1:30 P.M.<br>Date: September 22, 2006 |
| Defendants ) | Judge: Claudia Wilkins |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

    Because Defendants and the Defendants' counsel are located in Anaheim, California, counsel respectfully requests to be allowed to appear at the September 22nd, 2006, scheduling conference via telephone from his office at 390 W. Cerritos Ave., Anaheim, CA 92805; 866-477-8222 ext 2060.

Dated: September 19, 2006                Law Office of Curtis O. Barnes,

                                                              _____/s/_____
                                                              Robert T. Barnes, Esq.
                                                              Attorneys For Defendants

1
2       The Court hereby grants the request of Robert T. Barnes, Esq. to appear at the case
3   management conference telephonically.
4       9/21/06
5   Date:_____      _____
    The Honorable Claudia Wilkins

Request      2